**Roxanne FORD, Plaintiff–Appellant,**

v.

**N.Y.C. DEPARTMENT OF HEALTH AND MENTAL HYGIENE, Defendant–Appellee.**

No. 08–2510–cv.

United States Court of Appeals, Second Circuit.

Nov. 5, 2009.

Roxanne Ford, New York, NY, pro se.

Cheryl Payer and Stephen J. McGrath, Assistant Corporation Counsel, for Michael A. Cardozo, Corporation Counsel of the City of New York, New York, NY, for Appellee.

PRESENT: ROGER J. MINER, WALKER and REENA RAGGI, Circuit Judges.

### SUMMARY ORDER

Roxanne Ford appeals from a summary judgment entered in favor of her former employer, the New York City Department of Health & Mental Hygiene, on her claims of discrimination, harassment, and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and the Americans with Disabilities Act, 42 U.S.C. § 12112 *et seq.*

We review *de novo* a district court's grant of summary judgment, viewing the evidence in the light most favorable to the non-moving party. *See Terry v. Ashcroft,* 336 F.3d 128, 137 (2d Cir.2003). We will uphold a summary judgment award only where there are no genuine issues of material fact and the moving party is entitled to judgment as a matter of law. *See* Fed. R.Civ.P. 56(c); *Miller v. Wolpoff & Abramson, L.L.P.,* 321 F.3d 292, 300 (2d Cir.2003).

Upon *de novo* review of the record in light of these principles, we affirm the award of summary judgment for substantially the same reasons stated by the district court in its thorough and well-reasoned opinion. *See Ford v. N.Y. City*

account of the changes in the law. We inti-          mate no view on any such application.

472

*Dep't of Health & Mental Hygiene,* 545 F.Supp.2d 377 (S.D.N.Y.2008).